## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT (CIP)

Crimson Oak Grove Resour ⊞ *vs.* Federal Mine Safety and He ⊞ Appeal No. 23-13665-H

11th Cir. R. 26.1-1(a) (enclosed) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court.  **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

ACNR Holdings, Inc.

American Consolidated Natural Resources, Inc.

CL IV Funding Holding Company LLC

CL V Funding LLC

Crimson Metallurgical Coal Holdings, Inc.

Crimson Oak Grove Resources, LLC

Hatfield Metallurgical Holdings, LLC

Hatfield Metallurgical Intermediate Holdings, LLC

Murray American Consolidated Natural Resouces Holdings, Inc.