*Crimson Oak Grove Res.* v. *Sec'y of Labor*
Docket No. 23-13665

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

**Certificate of Interested Persons and Corporate Disclosure Statement**

In addition to the persons and entities listed in petitioner's Certificate of Interested Persons and Corporate Disclosure Statement, the following have an interest in the outcome of this case:

- McCord, Michael, Office of the General Counsel, Federal Mine Safety and Health Review Commission
- Nanda, Seema, Solicitor of Labor
- Su, Julie, Acting Secretary of Labor
- Williamson, Christopher J., Assistant Secretary of Labor for Mine Safety and Health

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

APRIL E. NELSON
Associate Solicitor

EMILY TOLER SCOTT
Counsel for Appellate Litigation

s/ SUSANNAH M. MALTZ
Attorney

U.S. Department of Labor
Office of the Solicitor
Division of Mine Safety & Health
201 12th Street South, Suite 401
Arlington, VA 22202

*Crimson Oak Grove Res.* v. *Sec'y of Labor*
Docket No. 23-13665

(202) 693-5393
maltz.susannah.m@dol.gov

Attorneys for the Secretary of Labor

## Certificate of Service

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system on November 24, 2023 and the following registered users will be served via the CM/ECF system and via email:

Michael McCord
Office of General Counsel
Federal Mine Safety and Health Review Commission
1331 Pennsylvania Ave., NW Suite 520N
Washington, DC 20004
mmccord@fmshrc.gov

Christopher D. Pence
Hardy Pence PLLC
10 Hale Street, 4th Floor
P.O. Box 2548
Charleston, WV 25329
cpence@hardypence.com

Samuel Maples
Maples, Tucker & Jacobs LLC
2001 Park Place North, Suite 1325
Birmingham, AL 35203
sam@mtandj.com

                                          s/Susannah M. Maltz
                                            Attorney
                                            U.S. Department of Labor
                                            Division of Mine Safety & Health
                                            201 12th Street South, Suite 401
                                            Arlington, VA 22202
                                            (202) 693-5393