# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| CRIMSON OAK GROVE RESOURCES, LLC <br><br> Petitioner, <br><br> v. <br><br> FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION <br><br> and <br><br> THE SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION (MSHA) on behalf of JOHN COLLINS, <br><br> Respondents. | No. 23-13665 |

## AMENDED CERTIFICATE OF INTEREST PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Appellant, Crimson Oak Grove Resources, LLC, submits this list, which includes the trial judge, and all attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this review:

1. ACNR Holdings, Inc.

2. Althen, William L., Commissioner with Federal Mine Safety and Health Review Commission

3. American Consolidated Natural Resources, Inc.

4. Baker, Timothy J., Commissioner with Federal Mine Safety and Health Review Commission

5. CL IV Funding Holding Company LLC

6. CL V Funding LLC

7. Collins, John, Respondent/Appellee

8. Crimson Metallurgical Coal Holdings, Inc.

9. Crimson Oak Grove Resources, LLC

10. Federal Mine Safety and Health Review Commission

11. Hatfield Metallurgical Holdings, LLC

12. Hatfield Metallurgical Intermediate Holdings, LLC

13. Jordan, Mary Lu, Commissioner with Federal Mine Safety and Health Review Commission

14. Lewis, John Kent, Administrative Law Judge, Office of the Chief Administrative Law Judge Federal Mine Safety and Health Review Commission

15. Maltz, Susannah, Counsel for The Secretary of Labor, Mine Safety and Health Administration

16. Maples, Samuel, Individual Counsel for John Collins

17. Maples, Tucker & Jacobs LLC, Individual Counsel for John Collins

18. McCord, Michael, General Counsel for Federal Mine Safety and Health Review Commission

19. Murray American Consolidated Natural Resources Holdings, Inc.

20. Pence Law Firm PLLC, Counsel for Crimson Oak Grove Resources, LLC

21. Pence, Christopher D., Counsel for Crimson Oak Grove Resources, LLC

22. Rajkovich, Marco M., Jr., Commissioner with Federal Mine Safety and Health Review Commission

23. Riley, Thaddeus Jason, General Counsel for Federal Mine Safety and Health Review Commission

24. Secretary of Labor, Mine Safety and Health Administration (MSHA)

25. U.S. Department of Labor, Office of the Solicitor, Division of Mine Safety & Health

Pursuant to Federal Rule of Appellate Procedures 26.1 and Eleventh Circuit Rules 26.101 through 26.1-3, Appellant, Crimson Oak Grove Resources, LLC makes the following statement as to corporate ownership:

Crimson Oak Grove Resources, LLC is not a publicly traded company. Crimson Oak Grove Resources, LLC is a wholly-owned subsidiary of Hatfield Metallurgical Intermediate Holdings, LLC, which is not a publicly traded company.

CRIMSON OAK GROVE
RESOURCES, LLC

By Counsel,

/s Christopher D. Pence
Christopher D. Pence, Esq.
Pence Law Firm PLLC
10 Hale Street, 4th Floor
Charleston, WV 25329
Phone: (304) 345-7250
cpence@pencefirm.com

# Certificate of Service

I certify that on this 8th day of February 2024, Crimson Oak Grove Resources, LLC's Amended Certificate of Interest Persons and Corporate Disclosure Statement was electronically filed with the Clerk of the Court through the CM/ECF System which will send electronic notification to counsel listed below:

Susannah M. Maltz, Esquire
U.S. Department of Labor, Office of the Solicitor
Division of Mine Safety & Health
201 12th Street South
Arlington, VA 22202-5450
Maltz.susannah.m@dol.gov
*Counsel for Secretary of Labor*

Michael McCord, Esquire
Office of General Counsel
Federal Mine Safety and Health Review Commission
1331 Pennsylvania Ave., NW Suite 520N
Washington, D.C. 20004
*Counsel for Federal Mine Safety and Health Review Commission*

                                                            /s Christopher D. Pence
                                                            Christopher D. Pence, Esq.